# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00426-CV

### In re Taran Champagne

---

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

---

## O R D E R

**PER CURIAM**

Relator Taran Champagne has filed a petition for writ of mandamus and a motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the portion of the trial court's August 2, 2021 order concerning the award of attorney's fees pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before September 13, 2021.

It is ordered on September 2, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly